UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Bolo Moussa Sow,<br>    Petitioner,<br><br>v.<br><br>US Department of Homeland Security, *et al.*,<br>    Respondents. | No. 1:25-cv-1816<br><br>Honorable Paul L. Maloney |

## ORDER FOR SUPPLEMENTAL RESPONSE FROM RESPONDENTS

In this case, the government attempted to effectuate Petitioner's removal to Mauritania on January 2, 2026, but failed to do so when the commercial airline rejected the Form I-269 offered by the government to establish Petitioner's identity and informed ICE that it would need additional documentation. (*See* ECF No. 7-1 at PageID.74, ¶ 20). Reportedly, "ICE ERO headquarters is working with the Mauritanian Embassy to obtain all necessary documents for [Petitioner]'s removal." (*Id.*, ¶ 20). Meanwhile, Petitioner represents that "[b]ased on Petitioner's and her husband's repeated interactions and conversations with staff at the Mauritanian Consulate in Washington, D.C., the Mauritanian government has taken the position that it has no record of Petitioner's Mauritanian citizenship. As a result, Mauritanian authorities have refused to issue a Mauritanian travel document on her behalf." (ECF No. 3 at PageID.24-25, ¶ 31).

One of the key questions of this case is whether there is "good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future." *Zadvydas*

1

*v. Davis,* 533 U.S. 678, 701 (2001). The Court requires additional information to answer this question. Respondents shall prepare a supplemental response addressing the following issues: whether the Mauritanian government has agreed, or refused, to provide travel documents; whether the Mauritanian government maintains that Petitioner is not a citizen of Mauritania; what steps Respondents are taking to effectuate removal of Petitioner to Mauritania, including what efforts Respondents are making to secure travel documents; when, approximately, Respondents anticipate they will be able to effectuate Petitioner's removal, if ever. Respondents shall file this supplemental response within thirty (30) days of the entry of this order.

**IT IS SO ORDERED.**

Date: February 9, 2026 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge