UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOLO MOUSSA SOW,                          )
        Petitioner,                        )
                              )      No. 1:25-cv-1816
v.                                        )
                              )      Honorable Paul L. Maloney
U.S. DEPARTMENT OF HOMELAND SECURITY,  )
*ET AL.*,                                 )
        Respondents.                      )
                              )

## <u>ORDER TO SHOW CAUSE</u>

On March 16, 2026, the Court issued an opinion and judgment requiring Respondents to release Petitioner from detention "subject to any conditions that existed prior to Petitioner's present detention." (ECF No. 14). On March 18, 2026, Respondents submitted a status report indicating that Petitioner had been released from Respondents' custody but not addressing the conditions of Petitioner's release. (ECF No. 16). On March 21, 2026, Petitioner submitted a status report indicating that Petitioner had been placed on conditions not existing prior to her detention at issue in this case, including electronic monitoring and an ankle monitor. (ECF No. 17). Petitioner argues that Respondents have failed to comply with the Court's orders and requests an order restoring her pre-detention conditions. Petitioner included evidence of Respondents' imposition of additional conditions. (ECF No. 17-2).

Respondents must **SHOW CAUSE** for the alleged failure to follow this Court's orders. Respondents must file a response to this order addressing whether they imposed conditions on Petitioner other than those which existed prior to the detention from which

1

she was released on March 18, 2026, and if such conditions were imposed, the justification for their imposition and whether their imposition complies with this Court's orders from March 16, 2026. This response must be filed by Noon on March 25, 2026.

**IT IS SO ORDERED.**

Date:  March 24, 2026                                   /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge