UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOLO MOUSSA SOW,                        )
          Petitioner,                 )
                                        )        No. 1:25-cv-1816
v.                                      )
                                        )        Honorable Paul L. Maloney
U.S. DEPARTMENT OF HOMELAND SECURITY,   )
ET AL.,                                 )
          Respondents.                )
_____     )

## ORDER FOR SUPPLEMENTAL RESPONSE

In their response to Petitioner's emergency motion (ECF No. 17), Respondents represented that Respondents are "in the process of removing" Petitioner from the country "via a charter flight to Mauritania that is scheduled to depart the United States before the end of the month." (ECF No. 21 at PageID.143). They did not offer details of this operation but represented that they are "willing to provide supplemental information under seal to the Court." (*Id*).

Respondents shall file a supplemental response providing to the Court all available details about this removal operation, including but not limited to the time and date of the operation, from where it will leave, the destination of the flight, the efforts made to ensure Mauritania will accept Petitioner, and the results of those efforts. The response shall be filed under seal. This response must be filed by 12:00 P.M. on Thursday, March 26, 2026.

**IT IS SO ORDERED.**

Date:  March 25, 2026                   /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge

1